JS-6

Elizabeth Van Horn (SBN 212592)
Assistant General Counsel
Adir International, LLC dba Curacao
1605 W. Olympic Blvd. Suite 510
Los Angeles, California 90071
Telephone: (213) 427-2629
Facsimile: (213) 386-2601

Attorney for Defendant Adir International, LLC dba Curacao

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA XIONG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ADIR INTERNATIONAL, LLC, dba CURACAO,<br><br>Defendant. | CASE NO. 2:21-cv-06018 PA-PD<br><br>**ORDER RE BINDING ARBITRATION AND DISMISSAL OF PROCEEDINGS PENDING IN THIS COURT** |

The Parties having stipulated to submit the above-captioned action to binding arbitration, the Court hereby orders as follows:

1. The Parties shall submit the entire Action to final and binding arbitration before the American Arbitration Association under its Consumer Arbitration Rules;

2. Because all of the claims asserted in this action are subject to arbitration, this action is dismissed. See Thinkjet Ink Info. Res., Inc. v. Sun Microsystems, Inc., 368 F.3d 1053, 1060 (9th Cir. 2004) (district court did not err in dismissing claims subject to arbitration and FAA allows but does not require a stay of court proceedings).

**[PROPOSED] ORDER RE ARBITRATION**

3. Any party to the arbitration shall be entitled to have the award of the Arbitrator entered as a judgment in any court of competent jurisdiction in accordance with the Federal Arbitration Act, <u>9 U.S.C. sections 2</u> *et seq.*;

**IT IS SO ORDERED.**

Dated: February 22, 2022            _____
                                                            Percy Anderson
                                              UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER RE ARBITRATION